**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANTON VITALYEVICH RAKOV | CIVIL ACTION NO. 26-4584 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER, ET AL. | MAGISTRATE JUDGE AYO |

# MEMORANDUM ORDER

Anton Vitalyevich Rakov ("Petitioner") filed a petition for a writ of habeas corpus, Record Document 1, and an emergency motion for a temporary restraining order, Record Document 2. The habeas petition is **REFERRED** to the Magistrate Judge for recommendation. For the following reasons, the emergency motion for a temporary restraining order is **DENIED**. Record Document 2.

Petitioner's emergency motion for a temporary restraining order turns on his request for release. Record Document 2 at 9. As such, Petitioner's motion mirrors the same relief demanded in his habeas petition. "Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now…The Court will not allow Petitioner to commit an end-run around the habeas process." *Da Silva v. Tellez*, No. 25-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025).

The Petitioner also asks for an order prohibiting his transfer to another jurisdiction. Such a transfer would not deprive the Court of jurisdiction, and therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th

Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

**DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of November, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE